LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MIRANDA, | No. EDCV 17-01306 AFM |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATE: 12/6/2017

*/s/ Alex MacKinnon*
_____
ALEXANDER F. MACKINNON,
UNITED STATES MAGISTRATE JUDGE

-1-